UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

_____
LIBERTY WOODS INTERNATIONAL, INC.,   :
                                     :
            Plaintiff,               :
                                     :   Court No. 20-00143
            v.                       :
                                     :
UNITED STATES,                       :
                                     :
            Defendant.               :
_____:

## JOINT STATUS REPORT

Pursuant to the Court's order of November 3, 2020, Plaintiff Liberty Woods International, Inc. (Liberty Woods or Plaintiff) and defendant the United States, by and through their undersigned counsel, file this joint status report.

This action relates to the premature liquidation of Plaintiff's entries of Vietnam Finewood Company Limited's (Finewood) merchandise entered in 2018. These entries were originally suspended as an interim measure in EAPA Investigation No. 7252. Because U.S. Customs and Border Protection (CBP) was unable to determine whether certain merchandise at issue is within the scope of the antidumping and countervailing duty orders on certain hardwood plywood from the People's Republic of China (AD/CVD Orders), in accordance with the procedures of 19 U.S.C. § 1517(b)(4)(A), CBP referred the matter to the U.S. Department of Commerce (Commerce) and requested that Commerce issue a determination as to whether certain hardwood plywood products produced by Finewood are covered merchandise subject to the AD/CVD Orders. CBP also stayed the EAPA investigation pending a final scope determination from Commerce. Plaintiff's entries were subsequently liquidated even though there has been no final decision in EAPA Investigation No. 7252. After this action was filed, Plaintiff filed a protest

within 180 days of the liquidation of these entries challenging the liquidation. *See* 19 U.S.C. § 1514. On October 16, 2020, CBP notified Plaintiff that its protest had been suspended.

The scope proceeding before Commerce is ongoing. In March 2021, Commerce sent further supplemental questionnaires to Finewood and Commerce also requested additional information from all parties to conduct a substantial transformation analysis. Finewood requested additional time to respond to these questionnaires and all parties requested additional time to provide substantial transformation information. As a result, Commerce has extended the final determination deadline from April 5, 2021 to August 24, 2021, and continues to work on the administrative proceeding.

CBP continues to hold Liberty Woods' protest in suspended status. The parties understand that CPB will hold Liberty Woods' protest in suspended status until CBP issues a final determination in its EAPA investigation into whether Liberty Woods and several other U.S. importers entered merchandise into the United States through evasion. Because Commerce's final scope determination is currently due on August 24, 2021, the parties will provide a status report by September 30, 2021.

Dated: April 30, 2021

                                    Respectfully submitted,

By:   /s/ Ellen M. Murphy
       Ellen M. Murphy
       Nicole Lloret

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Phone: (212) 506-5000
Fax: (212) 506-5151
emurphy@orrick.com
nlloret@orrick.com

*Attorneys for Liberty Woods International, Inc.*

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:   /s/ Aimee Lee
       AIMEE LEE
       Assistant Director

/s/ Hardeep K. Josan
HARDEEP K. JOSAN
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9245 or 9230

*Attorneys for Defendant*