UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| LIBERTY WOODS INTERNATIONAL, INC., | : |
| Plaintiff, | : |
| v. | : Court No. 20-00143 |
| UNITED STATES, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated: May 22, 2024

Respectfully submitted,

By:   /s/ Ellen M. Murphy
      Ellen M. Murphy

**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018
Phone: (212) 218-5619
emurphy@seyfarth.com

*Attorneys for Liberty Woods International, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By: /s/ AIMEE LEE
AIMEE LEE
Assistant Director

/s/ HARDEEP K. JOSAN
HARDEEP K. JOSAN
Trial Attorney
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9245

*Attorneys for Defendant*

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk