UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| LIBERTY WOODS INTERNATIONAL, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : <br> : | Court No. 20-00143 |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated: May 22, 2024

                                        Respectfully submitted,

By:   /s/ Ellen M. Murphy
          Ellen M. Murphy

          **SEYFARTH SHAW LLP**
          620 Eighth Avenue
          New York, New York 10018
          Phone: (212) 218-5619
          emurphy@seyfarth.com

          *Attorneys for Liberty Woods International, Inc.*

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General

                                      PATRICIA M. McCARTHY
                                      Director

                                      JUSTIN R. MILLER
                                      Attorney-In-Charge
                                      International Trade Field Office

By:    */s/ Aimee Lee*
        AIMEE LEE
        Assistant Director

        */s/ Hardeep K. Josan*
        HARDEEP K. JOSAN
        Trial Attorney
        International Trade Field Office
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        (212) 264-9245

        *Attorneys for Defendant*

## Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:  May 23, 2024

                                      Clerk, U. S. Court of International Trade

                                      By:    /s/ Giselle Almonte
                                                     Deputy Clerk